JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL DENARD-DARNELL, et al. ) | NO. EDCV 16-2599-R (KS) |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| DAVID SHINN, WARDEN ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 3, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE